# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF | 5:23-cr-00201-JGB |
| v. | |
| Cesar Aguilar-Gonzalez | NOTICE OF JURISDICTION/ TREATY TRANSFER-IN |
| DEFENDANT(S). | |

To: All Parties/Counsel of Record

The Court has approved the

☑ supervised release

☐ probation

☐ treaty

transfer-in for the case referred to above.

The matter has been assigned to United States ☑ District Judge _Jesus G. Bernal_

☐ Magistrate Judge _____ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U.S. District Court

10/5/23                                   By: S. Lorenzo
Date                                          Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56 (06/22)                NOTICE OF JURISDICTION / TREATY TRANSFER-IN