CLOSED,PROBATION TRANSFER,PROTO

# U.S. District Court
## Southern District of California (San Diego)
### CRIMINAL DOCKET FOR CASE #: 3:20-cr-00467-DMS All Defendants

Case title: USA v. Aguilar-Gonzalez

Magistrate judge case number: 2:20-mj-08210-RBM

Assigned to: Judge Dana M. Sabraw

FILED
CLERK, U.S. DISTRICT COURT
10/23/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___SL___ DEPUTY

Date Filed: 02/13/2020

Date Terminated: 04/26/2021

**Defendant (1)**

**Cesar Aguilar-Gonzalez**
TERMINATED: 04/26/2021
85220298

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
TERMINATED: 01/22/2020
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Public Defender or Community Defender Appointment

**Erik Richard Bruner**
Bruner Law, Apc
401 West A Street
Suite 1150
San Diego, CA 92101
619-609-7032
Email: brunerer@gmail.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: CJA Appointment

**Jesus Mosqueda**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101
619-234-8501
Email: jesus_mosqueda@fd.org
TERMINATED: 01/28/2020
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

18:1001(a)(2) - False Statement to a Federal Officer
(1s)

**Disposition**

Custody of BOP for Time Served, followed by 2 years supervised release. No fine. $100 penalty assessment. Supervised release revoked 01/20/23. Custody of BOP for a term of Time Served as of 1/23/23 9am. Supervised release for 2 years. Same terms and conditions with additional conditions.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:952, 960 - Importation of Methamphetamine (Felony)
(1)

**Disposition**

Dismissed

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:952,960 - Importation of a Controlled Substance (Felony) | |

**Plaintiff**

| USA | represented by | **Blair Cameron Perez**<br>US Attorneys Office<br>Southern District of California<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101-8893<br>(619) 546-7963<br>Fax: (619) 546-0720<br>Email: blair.perez@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney*<br><br>**DeNae Marie Thomas**<br>Office of U.S. Attorney<br>880 Front Street<br>San Diego, CA 92101<br>619-546-7996<br>Email: denae.thomas@usdoj.gov<br>*TERMINATED: 01/05/2021*<br>*LEAD ATTORNEY*<br>*Designation: Assistant United States Attorney*<br><br>**Patrick C. Swan**<br>DOJ-USAO<br>Criminal Division<br>880 Front Street<br>Suite 6293<br>San Diego, CA 92101-8893<br>619-546-8450<br>Fax: 619-546-0510<br>Email: patrick.swan@usdoj.gov<br>*TERMINATED: 11/16/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2020 | | Arrest of Cesar Aguilar-Gonzalez (no document attached) (ccc) [2:20-mj-08210-RBM] (Entered: 01/17/2020) |
| 01/17/2020 | 1 | COMPLAINT as to Cesar Aguilar-Gonzalez. (Copies provided to Counsel in Court). Initial Appearance set for 1/17/2020 in El Centro before Magistrate Judge Ruth Bermudez Montenegro. Preliminary Hearing set for 1/30/2020 01:30 PM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. Arraignment set for 2/13/2020 01:30 PM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (Attachments: # 1 Information Sheet)(ccc) [2:20-mj-08210-RBM] (Entered: 01/17/2020) |
| 01/17/2020 | 2 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro: Initial Appearance as to Cesar Aguilar-Gonzalez held on 1/17/2020. Appointed Attorney Federal Defenders for Cesar Aguilar-Gonzalez. Bond set as to Cesar Aguilar-Gonzalez (1) No Bail. Government oral motion for detention due to risk of flight. Detention Hearing - RF set for 1/23/2020 at 10:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. Preliminary Hearing set for 01/30/2020 at 1:30pm in El Centro before Magistrate Judge Ruth B. Montenegro. Arraignment set for 02/13/2020 at 1:30pm in El Centro before Magistrate Judge Ruth B. Montenegro. (Interpreter Ana Reyna). (CD# 1/17/2020 RBM 20 1:52-1:56-2:01-2:02). (Plaintiff Attorney Jessica Moreno). (Defendant Attorney Leah Gonzales). (vyc) [2:20-mj-08210-RBM] (Entered: 01/21/2020) |
| 01/17/2020 | 3 | ***Spanish Interpreter needed as to Cesar Aguilar-Gonzalez (no document attached) (vyc) [2:20-mj-08210-RBM] (Entered: 01/21/2020) |
| 01/17/2020 | 4 | ORAL MOTION to Detain by USA as to Cesar Aguilar-Gonzalez. (no document attached) (vyc) [2:20-mj-08210-RBM] (Entered: 01/21/2020) |
| 01/17/2020 | 5 | CJA 23 Financial Affidavit by Cesar Aguilar-Gonzalez (ADI, sxa) [2:20-mj-08210-RBM] (Entered: 01/21/2020) |
| 01/22/2020 | 6 | NOTICE OF ATTORNEY APPEARANCE: Jesus Mosqueda appearing for Cesar Aguilar-Gonzalez (Mosqueda, Jesus)Attorney Jesus Mosqueda added to party Cesar Aguilar-Gonzalez(pty:dft) (vxc). [2:20-mj-08210-RBM] (Entered: 01/22/2020) |

| | | |
|---|---|---|
| 01/22/2020 | 7 | Notice of Assertion of Rights by Cesar Aguilar-Gonzalez (Mosqueda, Jesus) (vxc). [2:20-mj-08210-RBM] (Entered: 01/22/2020) |
| 01/23/2020 | 8 | ** WITHDRAWN PER ECF NO. 9 ** NOTICE OF ATTORNEY APPEARANCE DeNae Marie Thomas appearing for USA. (Thomas, DeNae)Attorney DeNae Marie Thomas added to party USA(pty:pla) (jmr). [2:20-mj-08210-RBM] (Entered: 01/23/2020) |
| 01/23/2020 | 9 | NOTICE OF WITHDRAWAL OF DOCUMENT by USA as to Cesar Aguilar-Gonzalez (Thomas, DeNae) (jmr). [2:20-mj-08210-RBM] (Entered: 01/23/2020) |
| 01/23/2020 | 10 | NOTICE OF ATTORNEY APPEARANCE DeNae Marie Thomas appearing for USA. (Thomas, DeNae) (jmr). [2:20-mj-08210-RBM] (Entered: 01/23/2020) |
| 01/23/2020 | 11 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro:granting 4 Motion to Detain as to Cesar Aguilar-Gonzalez (1); Detention Hearing as to Cesar Aguilar-Gonzalez held on 1/23/2020. USA oral motion for detention; motion granted as to Cesar Aguilar-Gonzalez. Defendant ordered detained without prejudice. Order of detention to be submitted by AUSA. (Interpreter Ana Reyna). (CD# 1/23/2020 RBM 11:04-11:11). (Plaintiff Attorney Jessica Moreno AUSA). (Defendant Attorney Jo Anne Tyrell FD). (no document attached) (aum) [2:20-mj-08210-RBM] (Entered: 01/24/2020) |
| 01/27/2020 | 12 | NOTICE OF HEARING as to Defendant Cesar Aguilar-Gonzalez. On defense counsel's request-- has conflict Attorney Appointment Hearing set for 1/28/2020 10:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (no document attached) (ccc) [2:20-mj-08210-RBM] (Entered: 01/27/2020) |
| 01/28/2020 | 13 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro: Attorney Appointment Hearing as to Cesar Aguilar-Gonzalez held on 1/28/2020 Attorney Erik Richard Bruner for Cesar Aguilar-Gonzalez appointed. Attorney Jesus Mosqueda relieved. Attorney Erik Richard Bruner for Cesar Aguilar-Gonzalez added. (Interpreter Ana Reyna). (CD# 1/28/2020 RBM:20-10:06-10:08). (Plaintiff Attorney Jessica Moreno). (Defendant Attorney Leah Gonzales). (no document attached) (tar) [2:20-mj-08210-RBM] (Entered: 01/28/2020) |
| 01/29/2020 | 14 | FINDINGS OF FACT AND ORDER OF DETENTION as to Cesar Aguilar-Gonzalez. Signed by Magistrate Judge Ruth Bermudez Montenegro on 1/29/20. (sxa) [2:20-mj-08210-RBM] (Entered: 01/30/2020) |
| 01/30/2020 | 15 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro: Preliminary Hearing not held as to Cesar Aguilar-Gonzalez. Defense oral motion to continue hearing granted. Preliminary Hearing continued to 2/13/2020 at 1:30 PM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (Interpreter Ana Reyna). (CD# 1/30/2020 RBM 1:53-1:54). (Plaintiff Attorney Jessica Moreno AUSA). (Defendant Attorney John Owen Lanahan s/a for Erik Bruner n/a CJA). (aum) [2:20-mj-08210-RBM] (Entered: 01/31/2020) |
| 02/05/2020 | 16 | NOTICE OF HEARING as to Defendant Cesar Aguilar-Gonzalez. Arraignment set for 2/13/2020 10:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. Preliminary Hearing set for 2/13/2020 10:00 AM in El Centro before Magistrate Judge Ruth Bermudez Montenegro. (no document attached) (tar) [2:20-mj-08210-RBM] (Entered: 02/05/2020) |
| 02/13/2020 | 17 | INFORMATION as to Cesar Aguilar-Gonzalez (1) count(s) 1. (tcf) (Entered: 02/14/2020) |
| 02/13/2020 | 18 | WAIVER OF INDICTMENT by Cesar Aguilar-Gonzalez. (tcf) (Entered: 02/14/2020) |
| 02/13/2020 | 19 | Minute Entry for proceedings held before Magistrate Judge Ruth Bermudez Montenegro: Arraignment on the Information as to Cesar Aguilar-Gonzalez (1) Count 1 held on 2/13/2020 Not Guilty plea entered. Motion Hearing/Trial Setting set for 3/20/2020 at 11:00 AM in Courtroom 13A before Judge Dana M. Sabraw. The defendant may remain in El Centro and schedule a plea before Magistrate Judge Ruth Bermudez Montenegro. Alternatively, counsel is directed to contact the clerk for Magistrate Judge Jill L. Burkhardt if a Change of Plea Hearing needs to be scheduled in San Diego. (Interpreter Ana Reyna). (CD# 2/13/2020 RBM 10:54-10:57). (Plaintiff Attorney Rosario Gonzalez AUSA). (Defendant Attorney Erik Richard Bruner CJA). (no document attached) (aum) (Entered: 02/18/2020) |
| 03/16/2020 | 20 | MOTION to Compel Discovery , MOTION to Preserve Evidence , MOTION for Leave to File Further Motions by Cesar Aguilar-Gonzalez. (Attachments: # 1 Memo of Points and Authorities)(Bruner, Erik) (aef). (Entered: 03/16/2020) |
| 03/16/2020 | 21 | NOTICE OF CHANGE OF HEARING as to Defendant Cesar Aguilar-Gonzalez. Upon request of counsel, Motion Hearing set for 3/20/2020 is reset to 5/8/2020 11:00 AM in Courtroom 13A before Judge Dana M. Sabraw. (no document attached) (jak) (Entered: 03/16/2020) |
| 03/20/2020 | 22 | ORDER Continuing Motion Hearing as to Cesar Aguilar-Gonzalez. Motion Hearing set for 3/20/2020 is reset to 5/8/2020 11:00 AM in Courtroom 13A before Judge Dana M. Sabraw. The time period of 03/17/2020 to 04/16/2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv). Signed by Judge Dana M. Sabraw on 03/20/2020. (ajs) (Entered: 03/23/2020) |
| 05/04/2020 | 23 | Minute Order by Judge Dana M. Sabraw: Motion Hearing set for 5/8/2020 is reset to 7/17/2020 11:00 AM in Courtroom 13A before Judge Dana M. Sabraw. The Court finds Excludable time as to Cesar Aguilar-Gonzalez: XT1 - Continuance granted, failure to continue would stop further proceedings or result in miscarriage of justice 5/8/2020 to 7/17/2020. (no document attached) (jak) (Entered: 05/04/2020) |
| 05/04/2020 | 24 | ORDER AND FINDINGS OF FACT (COVID-19) as to Cesar Aguilar-Gonzalez re 23 Minute Order. Signed by Judge Dana M. Sabraw on 5/4/2020. (jak) (Entered: 05/04/2020) |
| 07/09/2020 | 25 | Minute Order by Judge Dana M. Sabraw: Upon request of counsel, Motion Hearing set for 7/17/2020 is reset to 9/18/2020 11:00 AM in Courtroom 13A before Judge Dana M. Sabraw. The Court finds time Excludable as to Cesar Aguilar-Gonzalez: XT1 - Continuance granted, failure to continue would stop further proceedings or result in miscarriage of justice 7/17/2020 to 9/18/2020. Order and Findings of Fact filed. (no document attached) (jak) (Entered: 07/09/2020) |
| 07/09/2020 | 26 | ORDER AND FINDINGS OF FACT (COVID-19) as to Cesar Aguilar-Gonzalez re 25 Minute Order. Signed by Judge Dana M. Sabraw on 7/9/2020. (jak) (Entered: 07/09/2020) |
| 07/29/2020 | 27 | Joint MOTION for Protective Order by USA as to Cesar Aguilar-Gonzalez. (Thomas, DeNae) (jmo). (Entered: 07/29/2020) |

| | | |
|---|---|---|
| 07/29/2020 | 28 | Protective Order, as to Cesar Aguilar-Gonzalez (1). Signed by Judge Dana M. Sabraw on 7/29/20.(jmo) (Entered: 07/29/2020) |
| 09/11/2020 | 29 | Minute Order by Judge Dana M. Sabraw: Upon request of counsel, Motion Hearing set for 9/18/2020 is reset to 11/6/2020 11:00 AM in Courtroom 13A before Judge Dana M. Sabraw. The Court finds time Excludable as to Cesar Aguilar-Gonzalez: XT1 - Continuance granted, failure to continue would stop further proceedings or result in miscarriage of justice 9/18/2020 to 11/6/2020. Order and Findings of Fact filed. (no document attached) (jak) (Entered: 09/11/2020) |
| 09/11/2020 | 30 | ORDER AND FINDINGS OF FACT (COVID-19) as to Cesar Aguilar-Gonzalez re 29 Minute Order. Signed by Judge Dana M. Sabraw on 9/11/2020. (jak) (Entered: 09/11/2020) |
| 10/29/2020 | 31 | Minute Order by Judge Dana M. Sabraw: Upon request of counsel, Motion Hearing set for 11/6/2020 is reset to 1/15/2021 11:00 AM in Courtroom 13A before Judge Dana M. Sabraw. The Court finds time Excludable as to Cesar Aguilar-Gonzalez: XT1 - Continuance granted, failure to continue would stop further proceedings or result in miscarriage of justice 11/6/2020 to 1/15/2021. Order and Findings of Fact filed. (no document attached) (jak) (Entered: 10/29/2020) |
| 10/29/2020 | 32 | ORDER AND FINDINGS OF FACT (COVID-19) as to Cesar Aguilar-Gonzalez re 31 Order and Findings of Fact. Signed by Judge Dana M. Sabraw on 10/29/2020. (jak) (Entered: 10/29/2020) |
| 01/05/2021 | 33 | NOTICE OF ATTORNEY APPEARANCE Patrick C. Swan appearing for USA. (Swan, Patrick)Attorney Patrick C. Swan added to party USA(pty:pla) (mme). (Entered: 01/05/2021) |
| 01/06/2021 | 34 | MINUTE ORDER by Judge Dana M. Sabraw: In light of the current status of the coronavirus pandemic and in conformity with OCJ 52-A and OCJ 52-B, the motion hearing currently set for 1/15/2021 is continued to 2/19/2021 11:00 AM in Courtroom 13A before Judge Dana M. Sabraw. The Court finds time Excludable as to Cesar Aguilar-Gonzalez: XT1 - Continuance granted, failure to continue would stop further proceedings or result in miscarriage of justice 1/15/2021 to 2/19/2021 (no document attached) (jak) (Entered: 01/06/2021) |
| 01/06/2021 | 35 | ORDER AND FINDINGS OF FACT (COVID-19) as to Cesar Aguilar-Gonzalez re 34 Minute Order. Signed by Judge Dana M. Sabraw on 1/6/2021. (jak) (Entered: 01/06/2021) |
| 01/26/2021 | 36 | MOTION for Order *to allow change of plea to proceed via VTC* by Cesar Aguilar-Gonzalez. (Bruner, Erik) (mme). (Entered: 01/26/2021) |
| 01/26/2021 | 37 | NOTICE of Lodgment of Plea Agreement by USA (Swan, Patrick) (Entered: 01/26/2021) |
| 01/26/2021 | 38 | NOTICE of Lodgment by USA *of Consent to Rule 11 Plea in a Felony Case before United States Magistrate Judge* (Swan, Patrick) (Entered: 01/26/2021) |
| 01/27/2021 | 39 | NOTICE of Lodgment by USA *of Superseding Information* (Swan, Patrick) (Entered: 01/27/2021) |
| 01/28/2021 | 40 | Minute Order for VTC Plea, by Chief Judge Dana M. Sabraw: The Court has been advised that the parties have reached a disposition in this matter, and a plea agreement has been lodged pursuant to which the defendant may request any sentence, including the possibility of a time-served sentence. Therefore, pursuant to the CARES Act, the Court finds that the use of videoconferencing to conduct a change of plea hearing is in the interest of justice in that such procedure will allow the defendant to request a non-custodial sentence at the earliest possible date, prevent the defendant from remaining incarcerated longer than is necessary, and satisfy the objectives of sentencing under the United States Sentencing Guidelines and 18 U.S.C. 3553. The defendant has been advised by counsel and consents to the use of videoconferencing to conduct their change of plea hearing. (jak) (Entered: 01/28/2021) |
| 01/28/2021 | 41 | Minute Order by Chief Judge Dana M. Sabraw: MOTION for Order *to allow change of plea to proceed via VTC* filed by Cesar Aguilar-Gonzalez granted by Minute Order 40 . (no document attached) (jak) (Entered: 01/28/2021) |
| 01/28/2021 | 42 | NOTICE OF HEARING as to Defendant Cesar Aguilar-Gonzalez. At the request of defense counsel, and with authorization from the District Judge to proceed by VTC, Arraignment on Superseding Information / Change of Plea Hearing set for 2/1/2021 09:00 AM before Magistrate Judge William V. Gallo. (no document attached) (mmr) (Entered: 01/28/2021) |
| 02/01/2021 | 43 | SUPERSEDING INFORMATION as to Cesar Aguilar-Gonzalez (1) count(s) 1s. (mtb) (Entered: 02/01/2021) |
| 02/01/2021 | 44 | Minute Entry for proceedings held before Magistrate Judge William V. Gallo: Arraignment on Superseding Information as to Cesar Aguilar-Gonzalez (1) Count 1s held on 2/1/2021. Defendant consents to proceed via VTC, Change of Plea Hearing as to Cesar Aguilar-Gonzalez held on 2/1/2021. Plea Tendered by Cesar Aguilar-Gonzalez Guilty on counts Count 1 Superseding Information. Excludable(s) started as to Cesar Aguilar-Gonzalez: XK 2/1/2021 - 4/23/2021. PSR Ordered. All pending motions withdrawn; Pending hearing dates vacated. Any objections to Findings due within 14 days( Sentence With PSR set for 4/23/2021 09:00 AM before Chief District Judge Dana M. Sabraw.) (CD# 2/1/2021 WVG20 9:00 - 9:14). (Plaintiff Attorney Robert Miller-AUSA-S/A). (Defendant Attorney Erik Bruner-CJA). (mtb) (Entered: 02/01/2021) |
| 02/09/2021 | 45 | FINDINGS AND RECOMMENDATION of the Magistrate Judge upon a Tendered Plea of Guilty as to Cesar Aguilar-Gonzalez: Recommending that the district judge accept the defendant's plea of guilty. Signed by Magistrate Judge William V. Gallo on 2/1/2021. (mtb) (Entered: 02/09/2021) |
| 02/17/2021 | 46 | ORDER ACCEPTING GUILTY PLEA as to count 1 of the Superseding Information, as to Cesar Aguilar-Gonzalez, adopting 45 Findings and Recommendation. (jak) (Entered: 02/17/2021) |
| 03/15/2021 | 47 | PRE-SENTENCE REPORT as to Cesar Aguilar-Gonzalez. Report prepared by: Christina E. Jones. (Document applicable to USA, Cesar Aguilar-Gonzalez.) (Iribe, K.) (Entered: 03/15/2021) |
| 04/16/2021 | 48 | SENTENCING SUMMARY CHART by Cesar Aguilar-Gonzalez (Bruner, Erik)(mme). (Entered: 04/16/2021) |
| 04/16/2021 | 49 | SENTENCING MEMORANDUM by Cesar Aguilar-Gonzalez (Bruner, Erik) (mme). (Entered: 04/16/2021) |
| 04/16/2021 | 50 | SENTENCING SUMMARY CHART *and Motion for Acceptance of Responsibility under USSG Section 3E1.1(b)* by USA as to Cesar Aguilar-Gonzalez (Swan, Patrick) (mme). (Entered: 04/16/2021) |

| | | |
|---|---|---|
| 04/23/2021 | 51 | Minute Entry for proceedings held before Chief District Judge Dana M. Sabraw: Sentence With PSR Hearing held on 4/23/2021 for Cesar Aguilar-Gonzalez (1). Count 1s: Custody of BOP for Time Served, followed by 2 years supervised release. No fine. $100 penalty assessment. Underlying Information dismissed. Release Abstract issued to USMS. Location (LR) start as to Cesar Aguilar-Gonzalez. (Interpreter Matias Pizarro). (Court Reporter/ECR Lee Ann Pence). (Plaintiff Attorney AUSA Alexandra Foster). (Defendant Attorney Erik Bruner CJA). (no document attached) (jak) (Entered: 04/23/2021) |
| 04/23/2021 | 52 | ABSTRACT OF ORDER Releasing Cesar Aguilar-Gonzalez. Time served. (mme)(jrd) (Entered: 04/23/2021) |
| 04/26/2021 | 53 | JUDGMENT as to Cesar Aguilar-Gonzalez (1), Count(s) 1, Dismissed; Count(s) 1s, Custody of BOP for Time Served, followed by 2 years supervised release. No fine. $100 penalty assessment. Signed by Chief District Judge Dana M. Sabraw. (mme)(jrd) (Entered: 04/26/2021) |
| 06/22/2022 | 54 | USPO Request for Warrant for Offender under Supervision and Order thereon in case as to Cesar Aguilar-Gonzalez. Signed by Chief District Judge Dana M. Sabraw on 06/22/2022. ( Warrant Ordered) (Herrera De La Torre, A.) (jpp). (Entered: 06/22/2022) |
| 11/05/2022 | | Arrest of Cesar Aguilar-Gonzalez (no document attached) (vyc) (Entered: 11/07/2022) |
| 11/07/2022 | 56 | Set/Reset Duty Hearings as to Cesar Aguilar-Gonzalez: Initial Appearance - Revocation of Supervised Release set for 11/7/2022 in El Centro before Magistrate Judge Lupe Rodriguez Jr.. (no document attached) (vyc) (Entered: 11/07/2022) |
| 11/07/2022 | 57 | Minute Entry for proceedings held before Magistrate Judge Lupe Rodriguez, Jr: Status Hearing re Initial Appearance-Revocation of Supervised Release as to Cesar Aguilar-Gonzalez held on 11/7/2022, Excludable(s) started as to Cesar Aguilar-Gonzalez: XM - Unavailability of defendant or essential witness 11/07/2022 to 11/08/2022 due to medical. Set/Reset Duty Hearings as to Cesar Aguilar-Gonzalez. Initial Appearance - Revocation of Supervised Release set for 11/8/2022 before Magistrate Judge Lupe Rodriguez Jr. (CD# 11/7/2022 LR 22 1:01-1:03). (Plaintiff Attorney Daniel Casillas). (Defendant Attorney Bacilio Varela). (no document attached) (vyc) (Entered: 11/08/2022) |
| 11/08/2022 | 58 | Arrest Warrant Returned Executed on 11/5/2022, in case as to Cesar Aguilar-Gonzalez. (tcf) (Entered: 11/08/2022) |
| 11/08/2022 | 59 | Minute Entry for proceedings held before Magistrate Judge Lupe Rodriguez, Jr: Initial Appearance - Revocation of Supervised Release as to Cesar Aguilar-Gonzalez held on 11/8/2022. Dft arraigned and denial entered. Bond set as to Cesar Aguilar-Gonzalez (1) No Bail. Court having asked if the defendant has any evidence to present on the merits of the petition and after considering any such evidence, the court found based on the allegations in the petition that there is probable cause to believe that a violation has been committed, and that the defendant shall be held pending an order to show cause hearing before the district judge assigned to this matter. Court re-appointed Erik Richard Bruner as counsel. Court ruling is without prejudice. Defendant consents to proceed via VTC. Preliminary Revocation of Supervised Release Hearing set for 11/22/2022 01:00 PM in El Centro before Magistrate Judge Lupe Rodriguez Jr.. (CD# 11/8/2022 LR 22 2:29-2:41). (Plaintiff Attorney Daniel Casillas). (Defendant Attorney Jo Anne Tyrell). (no document attached) (vyc) (Entered: 11/09/2022) |
| 11/14/2022 | 60 | Arrest Warrant Returned Executed on 11/05/2022, in case as to Cesar Aguilar-Gonzalez, re 55 Warrant Issued - Supervised Release/Probation. (exs) (anh). (Entered: 11/15/2022) |
| 11/16/2022 | 61 | NOTICE OF ATTORNEY APPEARANCE Blair Cameron Perez appearing for USA. (Perez, Blair)Attorney Blair Cameron Perez added to party USA(pty:pla) (jmo). (Entered: 11/16/2022) |
| 11/21/2022 | 62 | NOTICE OF CHANGE OF HEARING as to Defendant Cesar Aguilar-Gonzalez. At the request of defense counsel, Preliminary Revocation of Supervised Release Hearing set for 11/22/2022 01:00 PM in El Centro before Magistrate Judge Lupe Rodriguez Jr is vacated. Defendant is ready for an admission hearing before the District Judge. Final Hearing re Revocation of Supervised Release set for 1/6/2023 10:30 AM before Chief District Judge Dana M. Sabraw. (cxl) (Entered: 11/21/2022) |
| 12/06/2022 | 63 | NOTICE OF CHANGE OF HEARING as to Defendant Cesar Aguilar-Gonzalez. On the Court's own motion, Revocation of Supervised Release is reset for 1/20/2023 10:30 AM in Courtroom 13A before Chief District Judge Dana M. Sabraw. (bjb) (Entered: 12/06/2022) |
| 01/18/2023 | 64 | NOTICE OF CHANGE OF HEARING as to Defendant Cesar Aguilar-Gonzalez. Revocation of Supervised Release is reset for 1/20/2023 09:30 AM in Courtroom 13A before Chief District Judge Dana M. Sabraw. (Change in time only)(bjb) (Entered: 01/18/2023) |
| 01/20/2023 | 65 | Minute Entry for proceedings held before Chief District Judge Dana M. Sabraw: Revocation of Supervised Release as to Cesar Aguilar-Gonzalez held on 1/20/2023. Defendant admits allegations 1-6. Court finds defendant in violation of supervised release. Supervised release revoked. Custody of BOP for a term of Time Served as of 1/23/23 9am. Supervised release for 2 years. Same terms and conditions with additional conditions. (Interpreter Daniel Novoa). (USPO Rustin Brown)(Court Reporter Lee Ann Pence). (AUSA Benjamin Bish S/A for Blair Perez). (Defense Attorney Erik Bruner). (no document attached) (bjb) (Entered: 01/23/2023) |
| 01/20/2023 | 66 | ABSTRACT OF ORDER Releasing Cesar Aguilar-Gonzalezon 1/23/23 at 9am. (Attachments: # 1 Confirmation) (bjb) (Entered: 01/23/2023) |
| 01/23/2023 | 67 | Revocation of Supervised Release Judgment and Commitment as to Cesar Aguilar-Gonzalez (1), Custody of BOP for a term of Time Served as of 1/23/23 9am. Supervised release for 2 years. Same terms and conditions with additional conditions. Signed by Chief District Judge Dana M. Sabraw. (bjb) (Entered: 01/23/2023) |
| 01/25/2023 | 68 | Judgment Returned Executed as to Cesar Aguilar-Gonzalez on 1/20/2023, re 67 Judgment - Revocation of Supervised Release/Probation,. (jpp) (Entered: 01/25/2023) |
| 09/12/2023 | 69 | USPO Report on Offender Under Supervision and Transfer of Jurisdiction in case as to Cesar Aguilar-Gonzalez. Upon approval, jurisdiction to be transferred to Central District of California. Signed by Chief District Judge Dana M. Sabraw on 09/12/2023. (Flores, N.) (jpp). (Entered: 09/12/2023) |
| 10/13/2023 | 70 | Probation Jurisdiction Transferred to Central District of California as to Cesar Aguilar-Gonzalez. Signed by Chief District Judge Dana M. Sabraw on 9/12/2023.(jpp) (Entered: 10/18/2023) |

| 10/13/2023 | 71 | NOTICE to Receiving District **(Central District of California)** of Criminal Case Transfer, as to Cesar Aguilar-Gonzalez. The following documents are available on the public docket: 43 Information - Felony, 70 Transfer Out/Probationer, 17 Information - Felony, 69 USPO 12A Report on Offender Under Supervision and Transfer of Jurisdiction,. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (no document attached) (jpp) (Entered: 10/18/2023) |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-467-DMS |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** **(Superseding)** |
| v. | |
| CESAR AGUILAR-GONZALEZ, | Title 18, U.S.C., Sec. 1001(a)(2) – False Statement to a Federal Officer (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about January 16, 2020, within the Southern District of California, defendant, CESAR AGUILAR-GONZALEZ, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Department of Homeland Security, an agency of the executive branch of the Government of the United States, to wit: while speaking with a United States Customs and Border Protection Officer at the Calexico West, California Port of Entry, defendant stated that the purpose of his trip to Mexico was to visit his grandparents and he was heading back home to Salton City, California after visiting Mexico. The statements and representations were false because, as defendant then and there well knew, the purpose of his trip to Mexico was to have a GPS device installed in his vehicle

in furtherance of an unlawful smuggling activity and he was heading to Los Angeles, California to pick up and smuggle U.S. currency in excess of $10,000 to Mexico in exchange for $2,000; all in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: January 27, 2021.

ROBERT S. BREWER, JR.
United States Attorney

*Patrick Swan*

PATRICK C. SWAN
Assistant U.S. Attorney

AO 245D (CASD Rev. 1/19) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 25 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /s/ N.N. DEPUTY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| CESAR AGUILAR-GONZALEZ (1) | (For Offenses Committed On or After November 1, 1987) |
| | Case Number: 3:20-CR-00467-DMS |
| | Erik Richard Bruner |
| | Defendant's Attorney |

**REGISTRATION NO.** 85220-298

THE DEFENDANT:

☒ admitted guilt to violation of allegation(s) No. 1-6

☐ was found guilty in violation of allegation(s) No. _____ after denial of guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following allegation(s):

| **Allegation Number** | **Nature of Violation** |
|---|---|
| 1-6 | Unlawful use of a controlled substance or Failure to Test |

Supervised Release is revoked and the defendant is sentenced as provided in page 2 through **5** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

January 20, 2023
Date of Imposition of Sentence

I have executed within Time Served
Judgement and Commitment on Jan 20, 2023
United States Marshal
By: _____
USMS Criminal Section

HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

AO 245D (CASD Rev. 01/19) Judgment in a Criminal Case for Revocations

Judgment - Page **2** of **5**

DEFENDANT: CESAR AGUILAR-GONZALEZ (1)
CASE NUMBER: 3:20-CR-00467-DMS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: Time Served as of Monday, January 23, 2023 at 9 am. Defendant to be release from the USM cell block in San Diego

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ A.M. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ on or before
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

3:20-CR-00467-DMS

| DEFENDANT: | CESAR AGUILAR-GONZALEZ (1) | Judgment - Page **3** of **5** |
| CASE NUMBER: | 3:20-CR-00467-DMS | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant will be on supervised release for a term of:
Two (2) years

## MANDATORY CONDITIONS

1. The defendant must not commit another federal, state or local crime.
1. The defendant must not unlawfully possess a controlled substance.
2. The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (check if applicable)
3. ☐ The defendant must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (check if applicable)
4. ☒ The defendant must cooperate in the collection of DNA as directed by the probation officer. (check if applicable)
5. ☐ The defendant must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where the defendant resides, works, is a student, or was convicted of a qualifying offense. (check if applicable)
6. ☐ The defendant must participate in an approved program for domestic violence. (check if applicable)

The defendant must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

| DEFENDANT: | CESAR AGUILAR-GONZALEZ (1) | Judgment - Page **4** of **5** |
|---|---|---|
| CASE NUMBER: | 3:20-CR-00467-DMS | |

## STANDARD CONDITIONS OF SUPERVISION

As part of the defendant's supervised release, the defendant must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for the defendant's behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in the defendant's conduct and condition.

1. The defendant must report to the probation office in the federal judicial district where they are authorized to reside within 72 hours of their release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

1. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.

2. The defendant must not knowingly leave the federal judicial district where the defendant is authorized to reside without first getting permission from the court or the probation officer.

3. The defendant must answer truthfully the questions asked by their probation officer.

4. The defendant must live at a place approved by the probation officer. If the defendant plans to change where they live or anything about their living arrangements (such as the people living with the defendant), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

5. The defendant must allow the probation officer to visit them at any time at their home or elsewhere, and the defendant must permit the probation officer to take any items prohibited by the conditions of their supervision that he or she observes in plain view.

6. The defendant must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment the defendant must try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about their work (such as their position or their job responsibilities), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

7. The defendant must not communicate or interact with someone they know is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, they must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

8. If the defendant is arrested or questioned by a law enforcement officer, the defendant must notify the probation officer within 72 hours.

9. The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

10. The defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

11. If the probation officer determines the defendant poses a risk to another person (including an organization), the probation officer may require the defendant to notify the person about the risk and the defendant must comply with that instruction. The probation officer may contact the person and confirm that the defendant notified the person about the risk.

12. The defendant must follow the instructions of the probation officer related to the conditions of supervision.

Case 3:20-cr-00467-DMS Document 68 Filed 10/23/23 PageID.504 Page 5 of 5
Case 3:23-cv-02014-JG-BMS Document 6 Filed 10/13/23 Page 13 of 14 PageID #:16

AO 245D (CASD Rev. 01/19) Judgment in a Criminal Case for Revocations

| DEFENDANT: | CESAR AGUILAR-GONZALEZ (1) | Judgment - Page **5** of **5** |
|---|---|---|
| CASE NUMBER: | 3:20-CR-00467-DMS | |

## SPECIAL CONDITIONS OF SUPERVISION

1. If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States. Supervision waived upon deportation, exclusion, or voluntary departure.

2. Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer, and comply with both United States and Mexican immigration law requirements.

3. Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

4. Submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The offender must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the offender has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

5. Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

6. Enroll and successfully complete a residential drug treatment program as directed by the probation officer.

//

| | |
|---|---|
| 22 (1/88) | **DOCKET NUMBER** (Tran. Court)<br>20CR00467-001 |
| **TRANSFER OF JURISDICTION** | |
| FILED<br>CLERK, U.S. DISTRICT COURT<br>10/5/23<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: SL DEPUTY | **DOCKET NUMBER** (Rec. Court)<br>5:23-cr-00201-JGB |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Aguilar-Gonzalez | Southern California | San Diego |
| | **NAME OF SENTENCING JUDGE**<br>Dana M. Sabraw<br>Chief U.S. District Judge | |
| | **DATES OF** | **FROM** | **TO** |
| | Supervised Release | 1/23/2023 | 1/22/2025 |

**OFFENSE**

18 U.S.C. § 1001(a)(2), False Statement to a Federal Officer, a Class D felony.

FILED
OCT 13 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 12, 2023
Date

Dana M. Sabraw
Chief U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

October 5, 2023
Effective Date

United States District Judge

NF 6001031