# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | EDCR23-00201-JGB |
| Date | March 11, 2024 |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

Interpreter: NONE

| Maynor Galvez | Phyllis A. Preston | Erin Kiss |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CESAR AGUILAR-GONZALEZ | ✗ | | CIT | Angela Viramontes, DFPD | ✗ | ✗ | |

**Proceedings:** **Preliminary Supervised Release Revocation Hearing** (Non Evidentiary - Held & Completed)

Counsel state their appearances. Also present is United States Probation & Pretrial Services Officer Isela Sanchez.

The Court arraigns the Defendant on the Probation Officer's Petition filed on March 7, 2024 ("Petiton"). The Defendant is placed under oath and admits the single Allegation contained in the Petition. The Court accepts the admissions as knowingly, voluntarily, and intelligently made, and finds the Defendant in violation of the terms and conditions of his supervised release.

The Court revokes supervised release and proceeds with sentencing. Supervised Release is revoked. Defendant Cesar Aguilar-Gonzalez is committed to the custody of the Bureau of Prisons for a term of **six months**, with no supervision to follow.

**It is further ordered that the defendant surrender himself/herself to the institution designated by the Bureau of Prisons at or before 12 noon, March 25, 2024.** In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal, located at: United States District Court, 3470 Twelfth Street, Room G122, Riverside, California 92501

Defendant is informed of his right to appeal.

IT IS SO ORDERED.

|  |  |
|---|---|
| 00 : 10 | |
| Initials of Deputy Clerk | MG |

cc: **USPO/USM-ED**